```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 16878
   RONALD P RAY
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-5083


------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      The case was filed on 04/28/2005 and was confirmed 06/27/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors   10.00%.

      The case was dismissed after confirmation 03/24/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                          PAID           PAID
------------------------------------------------------------------------
INTERNAL REVENUE SERVICE   SECURED           650.00           .00          650.00
AAA PAYDAY                 UNSECURED       NOT FILED          .00             .00
AMERICASH LOANS LLC        UNSECURED          327.17          .00             .00
AVON                       UNSECURED       NOT FILED          .00             .00
ALLIED DATA CORP           NOTICE ONLY     NOT FILED          .00             .00
CITY OF CHICAGO PARKING    UNSECURED          2690.00         .00             .00
ILLINOIS SECRETARY OF ST   NOTICE ONLY     NOT FILED          .00             .00
DEBORAH L CURRY            UNSECURED       NOT FILED          .00             .00
ECAST SETTLEMENT CORP      UNSECURED           502.23         .00             .00
FIRST NATIONAL BANK OF M   UNSECURED       NOT FILED          .00             .00
FIRST SOUTHWESTERN FINAN   UNSECURED       NOT FILED          .00             .00
GREENWOOD TRUST DISCOVER   UNSECURED       NOT FILED          .00             .00
MICHAEL REESE HOSPITAL     UNSECURED       NOT FILED          .00             .00
PDL FINANCIAL SERVICES     UNSECURED           384.56         .00             .00
PDL FINANCIAL SERVICES     UNSECURED       NOT FILED          .00             .00
PROVIDIAN NATIONAL BANK    UNSECURED       NOT FILED          .00             .00
ASSET ACCEPTANCE CORP      UNSECURED          1198.94         .00             .00
UNIVERSITY OF CHICAGO      UNSECURED       NOT FILED          .00             .00
UPTOWN CASH                UNSECURED       NOT FILED          .00             .00
INTERNAL REVENUE SERVICE   UNSECURED          1001.36         .00             .00
INTERNAL REVENUE SERVICE   PRIORITY           6450.73         .00         3494.39
NCO FINANCIAL              UNSECURED           571.73         .00             .00
ZALUTSKY & PINSKI LTD      DEBTOR ATTY      2,194.00                     2,194.00
TOM VAUGHN                 TRUSTEE                                         340.17
DEBTOR REFUND              REFUND                                             .00

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                     RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE               6,678.56
```

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 16878 RONALD P RAY

```
PRIORITY                                                         3,494.39
SECURED                                                            650.00
UNSECURED                                                              .00
ADMINISTRATIVE                                                   2,194.00
TRUSTEE COMPENSATION                                               340.17
DEBTOR REFUND                                                          .00
                                    ---------------      ---------------
TOTALS                                     6,678.56             6,678.56
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
  Dated: 06/25/08                   _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```